UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>ARIAN ALI,<br>USMAN IQBAL,<br>　a/k/a "Uzi," and<br>SHAHARIA KHAN,<br>　a/k/a "Shah,"<br><br>　　　　　　　Defendants. | Unsealing Order<br><br>S1 24 Cr. 109 (JGK)<br>S3 24 Cr. 109 (JGK) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew Jones;

It is found that the Indictments in the above-captioned case are currently sealed and the United States Attorney's Office has applied to have the Indictments unsealed, and it is therefore:

ORDERED that the Indictments in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
　　　　 March 19, 2024

_____
HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK